# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARIAN T. COOPER and<br>ROBERT L. COOPER,<br><br>      Plaintiffs,<br><br>v.<br><br>HSBC MORTGAGE SERVICES<br>INC.,<br><br>      Defendant. | Case No. 1:13-CV-02193-JOF |

## NOTICE OF NON-OPPOSITION

COMES NOW Defendant HSBC Mortgage Services Inc. ("HSBC"), appearing specially so as to preserve any and all defenses available under Rule 12 of the Federal Rules of Civil Procedure, specifically reserving its right to seek arbitration pursuant to contractual agreements and the Federal Arbitration Act, and hereby notifies the Court that it does not oppose Plaintiffs Marian T. Cooper and Robert L. Cooper's ("Plaintiffs") Motion to Stay Pretrial Deadlines and Discovery Pending Ruling ("Motion to Stay") on Plaintiff's Motion to Remand, filed July 3, 2013. (Doc. # 3).

2095180 v1

HSBC removed this action to this Court on July 1, 2013 (see Doc. # 1), and on July 3, 2013, Plaintiffs filed a Motion to Remand (Doc. # 2). With their Motion to Remand, Plaintiffs also filed their Motion to Stay, asking the Court to stay certain pretrial deadlines and discovery pending the Court's ruling on the Motion to Remand. (Doc. # 3). Although HSBC contends that this action was properly removed to this Court and that Plaintiffs' Motion to Remand should be denied,[1] HSBC does not oppose Plaintiff's Motion to Stay, and in fact agrees that in the interest of judicial economy the pretrial and discovery deadlines listed in Plaintiffs' Motion to Stay (including HSBC's answer or response deadline) should be stayed until this Court has ruled on Plaintiffs' Motion to Remand.

Respectfully submitted this 8th day of July, 2013.

        s/Amanda E. Wilson
        Alan D. Leeth
        Georgia Bar No. 472031
        aleeth@burr.com
        Amanda E. Wilson
        Georgia Bar No. 165135
        awilson@burr.com

        Attorneys for Defendant

---

[1] HSBC will file a response in opposition to the Motion to Remand within the time permitted under the Federal Rules of Civil Procedure and the Local Rules of this Court.

HSBC MORTGAGE SERVICES INC.

BURR & FORMAN LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

## **CERTIFICATION OF COUNSEL**

I hereby certify that the foregoing **NOTICE OF NON-OPPOSITION** has been prepared with Times New Roman, 14 point font, one of the font and point selections approved by the Court in LR 5.1B.

                                                      s/Amanda E. Wilson
                                                    Alan D. Leeth
                                                    Georgia Bar No. 472031
                                                    aleeth@burr.com
                                                    Amanda E. Wilson
                                                    Georgia Bar No. 165135
                                                    awilson@burr.com

BURR & FORMAN LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2013, I electronically filed the foregoing **NOTICE OF NON-OPPOSITION** with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorney of record:

>Richard S. Alembik, Esq.
>Richard S. Alembik, PC
>315 W. Ponce de Leon Ave.
>Ste. 250
>Decatur, Georgia 30030-5100
>*Attorney for Plaintiff*

>s/Amanda E. Wilson
>Alan D. Leeth
>Georgia Bar No. 472031
>aleeth@burr.com
>Amanda E. Wilson
>Georgia Bar No. 165135
>awilson@burr.com

BURR & FORMAN LLP
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia 30363
Telephone: (404) 815-3000
Facsimile: (404) 817-3244