**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MARIAN T. COOPER and <br> ROBERT L. COOPER, <br><br>                       Plaintiffs, <br><br> vs. <br><br> HSBC MORTGAGE SERVICES, INC., <br><br>                       Defendant. | Civil Action File No. <br><br> 1:13-cv-02193-JOF |

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR PLAINTIFFS MARIAN T. COOPER AND ROBERT L. COOPER WITH INCORPORATED BRIEF OF AUTHORITIES**
**(Ref. N.D.L.R. 81 E.(2))**

Richard S. Alembik, undersigned counsel for plaintiffs Marian T. Cooper and Robert L. Cooper hereby requests an order granting him and his firm leave to withdraw as counsel of record and to have his name stricken as attorney of record for his clients.

The undersigned has duly complied with N.D.L.R. 81 E.(b) by giving his clients no less than 14 days prior notice of his intention to request permission to withdraw. Service of such notice (Attachment "A.") was effectuated in due compliance with N.D.L.R. 81 E.(b), and in the following manner:

☒ mailed by United States Postal Service in an envelope with proper first class postage affixed thereon, properly addressed to the clients' last known address, as set forth below on May 12, 2014; and/or

☐ personally by hand delivery on **[DATE]**.

> Marian T. Cooper and Robert L. Cooper
> 737 Peachbelt Rd.
> Thomaston GA 30286

This motion is *not* filed "after pretrial" or at a time when withdrawal will cause a delay in the trial of the case. Granting leave to withdraw will not interrupt the orderly operation of this Court nor be unfair to the clients.

Accordingly, the undersigned, having satisfied the requirements of N.D.L.R. 83.1 E, respectfully requests an order granting him leave to withdraw as counsel of record and to have his name stricken as attorney of record for his named clients.

RICHARD S. ALEMBIK, PC

By:  /s/ Richard S. Alembik
Richard S. Alembik
State Bar No. 008770
Attorney for Plantiffs Marian T. Cooper, and Robert L. Cooper

-2-

315 W. Ponce de Leon Ave.  general_mailbox@alembik.com
Ste. # 250
Decatur, GA 30030
(404) 373-0205
(404)795-8999 FAX

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| MARIAN T. COOPER and ROBERT L. COOPER, | |
| Plaintiffs, | Civil Action File No. |
| vs. | 1:13-cv-02193-JOF |
| HSBC MORTGAGE SERVICES, INC., | |
| Defendant. | |

## NOTICE TO CLIENTS MARIAN T. COOPER AND ROBERT L. COOPER OF INTENTION TO SEEK LEAVE TO WITHDRAW AS COUNSEL OF RECORD

To:  Clients Marian T. Cooper and Robert L. Cooper
     737 Peachbelt Rd.
     Thomaston, GA  30286

COMES NOW Richard S. Alembik and the law firm of Richard S. Alembik, PC, and hereby notifies you of the following Pursuant to L.R. 83.1E(2)(b):

(A)

Richard S. Alembik and the firm of Richard S. Alembik, PC wish to withdraw as counsel for you in the above-styled action (lawsuit);

(B)

The style of the action is: *Marian T. Cooper and Robert L. Cooper, plaintiffs, vs. HSBC Mortgage Services, Inc., defendant*. The name, address,

and telephone numbers of the Clerk and opposing counsel are as follows:

| | |
|---|---|
| James N. Hatten, | Amanda E. Wilson, Esq. |
| Clerk of Court, | Alan D. Leeth, Esq. |
| United States District Court, | Burr & Forman LLP |
| Northern District of Georgia | 171 17th St., NW |
| 2211 Russell Federal Building | Suite 1100 |
| 75 Spring St., SW | Atlanta, GA   30363 |
| Atlanta, GA   30303 | Telephone Number: (205)251-3000 |
| Telephone Number: (404)215-1600 | |

(C)

The Court retains jurisdiction of the action;

(D)

You have the burden of keeping the Court informed respecting where notices, pleadings, or other papers may be served;

(E)

You have the obligation to prepare for trial or hire other counsel to prepare for trial (if / when the trial date has been set);

(F)

If you fail or refuse to meet these burdens, you may suffer adverse consequences, including, in criminal cases, bond forfeiture and arrest;

-2-

Attachment A -- Page 2 of 4

(G)

☐ The following proceedings or trial is/are presently scheduled in this action:

☒ No proceedings are presently scheduled in this action. (But this may change on little notice.)

*There is a pending Motion to Dismiss that has not been ruled upon. See [Doc ## 17–19]*

The holding of any proceedings or trial in this case will *not* be affected by the withdrawal of counsel;

(H)

The service of notices may be made upon you at your last known address;

(I)

If you are a corporation or limited liability company, you must know that a corporation may only be represented in court by an attorney, that an attorney must sign all pleadings submitted to the court, and that a corporate officer may not represent the corporation in court unless that officer is also an attorney licensed to practice law in the state of Georgia, and failure to comply with this rule could result in a default being entered against the

corporate party; and

(J)

Unless this withdrawal is made with your consent, you have the right to object to this withdrawal within 10 days of the date of this notice.[1]

Dated: May 12, 2014.

                          RICHARD S. ALEMBIK, PC

By: _____
                Richard S. Alembik
                State Bar No. 008770
                Attorney for Plaintiffs
                Marian T. Cooper and Robert L. Cooper

315 W. Ponce de Leon Ave.
Ste. # 250
Decatur, GA 30030
(404) 373-0205
(404)795-8999 FAX
general_mailbox@alembik.com

---

[1] The court may consider your objection to the request for leave to withdraw, but the court is not obligated to deny the request for leave to withdraw simply because you object to the withdrawal.

# CERTIFICATE OF SERVICE OR
## NOTICE OF ELECTRONIC FILING

I hereby certify that on __June 6, 2014__ service of the foregoing document was made as follows:

☐    I mailed the foregoing document by United States Postal Service to the following [non-CM/ECF-registered] attorney(s) or unrepresented party(ies) in an envelope with proper first class postage affixed thereon, properly addressed as set forth below.

☒    I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send a Notice of Electronic filing to all attorneys registered with the CM/ECF system.

**Alan D. Leeth, Esq.**
**Amanda E. Wilson, Esq.**
**Burr & Forman LLP**
**171 17th St., NW**
**Suite 1100**
**Atlanta, GA  30363**

☒    I mailed the foregoing document by United States Postal Service to the following client(s) in an envelope with proper first class postage affixed thereon, properly addressed as set forth below.

    Marian T. Cooper and Robert L. Cooper

    737 Peachbelt Rd.

    Thomaston GA 30286

Respectfully submitted,

-4-

RICHARD S. ALEMBIK, PC


By:   */s/ Richard S. Alembik*
      Richard S. Alembik
      Georgia State Bar No. 008770
      Attorney for Plaintiffs
      Marian T. Cooper and Robert L. Cooper

315 W. Ponce de Leon Ave.           general_mailbox@alembik.com
Ste. 250
Decatur, GA 30030-5100
(404) 373-0205
(404)795-8999 FAX